BRITTNEY AFTON O'FERRALL
1295 Magnolia Street
Willits, Ca. 95490
Phone Number: (707) 972-4372
Email Address: boferrall.legal.only@gmail.com

*Self-Represented*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| LESTER J. MARSTON,<br><br>      Plaintiff,<br><br>vs.<br><br>JOSEPH W. SILVER AND BRITTNEY O'FERRALL,<br><br>      Defendants. | Case No.: 4:25-CV-06610-YGR<br><br>**DEFENDANT BRITTNEY O'FERRALL'S NOTICE OF JOINDER IN DEFENDANT SILVER'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: February 17, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Yvonne Gonzalez Rogers |

### NOTICE OF JOINDER IN DEFENDANT SILVER'S MOTION TO DISMISS

PLEASE TAKE NOTICE that Defendant Brittney O'Ferrall ("O'Ferrall"), appearing pro se, hereby respectfully submits this Notice of Joinder in Defendant Joseph Silver's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

O'Ferrall joins in, adopts, and incorporates by reference all arguments, legal authorities, and requests for relief set forth in Defendant Silver's Motion to Dismiss, including but not limited to:

1. The argument that Plaintiff has failed to establish Article III standing, including failure to adequately allege any actual, concrete injury in fact, causation, or redressability; and

2. The argument that Plaintiff has failed to state a claim upon which relief can be granted, including failure to plead sufficient facts under Rule 8, failure to plead cognizable "loss" or "damage" under the Computer Fraud and Abuse Act, and failure to state a viable claim under the Copyright Act or California Penal Code § 502.

DEFENDANT BRITTNEY O'FERRALL'S NOTICE OF JOINDER IN DEFENDANT SILVER'S MOTION TO DISMISS FIRST AMENDED COMPLAINT - 1

To the extent the First Amended Complaint asserts claims against O'Ferrall based on the same alleged conduct, those claims are subject to the same jurisdictional and pleading defects and should be dismissed for the same reasons set forth in Defendant Silver's Motion.

Accordingly, Defendant Brittney O'Ferrall respectfully requests that the Court dismiss all claims asserted against her in Plaintiff's First Amended Complaint with prejudice, or on such terms as the Court deems just and proper.

Dated this 10th day of December, 2025.

Respectfully submitted,

By: _____
Brittney Afton O'Ferrall, *Self-Represented*